**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 05-6531**

———————————

JAMES EDWARD LOWE, III,

Plaintiff - Appellant,

versus

DOCTOR SHAH, Medical Officer; DOCTOR GUZMAN,
Medical Officer; DOCTOR ALLEN, Clinical
Director; PA/MLP YIRGA, Physician Assistant;
PA/MLP HILLETEWORK, Physician Assistant;
PA/MLP OSORIO, Physician Assistant; DOCTOR
BHULLER,

Defendants - Appellees,

and

JAMES M. BROOKS, Warden; HARLEY LAPPIN,
Regional Director Mid-Atlantic Region;
KATHLEEN HAWK-SAWYER, Director,

Defendants,

versus

UNITED STATES OF AMERICA,

Party in Interest.

———————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Gerald Bruce Lee, District
Judge. (CA-03-1423-1)

———————————

Submitted: June 23, 2005          Decided: July 1, 2005

Before WIDENER, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James Edward Lowe, III, Appellant Pro Se. Dennis Carl Barghaan, Jr., Assistant United States Attorney, Alexandria, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c)

PER CURIAM:

James Edward Lowe, III, appeals the district court's order denying relief on his <u>Bivens</u>[*] complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Lowe v. Shah</u>, No. CA-03-1423-1 (E.D. Va. Mar. 4, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*]<u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971).